UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

**FILED**
JAN 1 8 2012


| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-30008 |
| Plaintiff, | INDICTMENT |
| vs. | FIRST DEGREE BURGLARY and AGGRAVATED SEXUAL ABUSE |
| DAVID ROSS LOW DOG, | 18 U.S.C. §§ 1153, 2241(a)(1), |
| Defendant. | and 2246(2)(C) and SDCL 22-32-1 |

The Grand Jury charges:

### COUNT I

On or about the 9th day of July, 2011, at Eagle Butte, in Indian country, in the District of South Dakota, David Ross Low Dog, an Indian, did unlawfully enter and remain in an occupied structure, that is, the residence of Catherine Brings Horse, at nighttime, with intent to commit the crime of aggravated sexual abuse therein, in violation of 18 U.S.C. §§ 1153 and SDCL 22-32-1.

### COUNT II

On or about the 9th day of July, 2011, at Eagle Butte, in Indian country, in the District of South Dakota, David Ross Low Dog, an Indian, did knowingly cause and attempt to cause Catherine Brings Horse to engage in a sexual act, that is, contact between his penis and her vulva and anus, by the use of force against Catherine Brings Horse, in violation of 18 U.S.C. §§ 1153, 2241(a), and 2246(2)(C).

A TRUE BILL:

_____
Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By: _____